| | |
|---|---|
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>NATIONAL CASUALTY COMPANY and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No: C 09-3512 SBA<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>Docket 8 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Defendants have filed a motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's first cause of action for breach of contract/contractual indemnity and second cause of action for breach of the implied covenant of good faith and fair dealing. In response, Plaintiff filed a statement of non-opposition indicating that it does not oppose dismissal of these two claims, provided that such dismissal is without prejudice. In view of Plaintiffs' response, the Court hereby GRANTS Defendants' motion and dismisses Plaintiff's first and second causes of action without prejudice. Should Plaintiff later seek to reallege these claims, it must first meet and confer with Defendant in an attempt to reach a stipulation to file an amended complaint. If the parties are unable to reach an agreement, Plaintiff must file a motion for leave to amend. See <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 607-08 (9th Cir. 1992). This Order terminates Docket 8. The motion hearing date of November 10, 2009 is VACATED.

IT IS SO ORDERED.

Dated: October 26, 2009

                                                                               SAUNDRA BROWN ARMSTRONG<br>
                                                                               United States District Judge