UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>NATIONAL CASUALTY COMPANY and DOES 1 to 25, inclusive,<br><br>        Defendants. | Case No:  C 09-3512 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY ORDERED THAT the parties shall appear for a Case Management Conference on November 12, 2009 at 3:15 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.  The Clerk shall reopen this file, which was inadvertently terminated.

   IT IS SO ORDERED.


Dated: October  27, 2009              _____
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge