UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>       vs.<br><br>NATIONAL CASUALTY COMPANY and DOES 1 to 25, inclusive,<br><br>            Defendants. | Case No:  C 09-3512 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   This matter is scheduled for a Case Management Conference (CMC) for November 12, 2009.  In the parties' CMC Statement, Defendant states that it intends to file a third party complaint within ten days of the its Answer, which was filed on November 5, 2009.  Given the anticipated joinder of additional parties, the interests of judicial efficiency weigh in favor of continuing the CMC to a date after all parties have been served.  Accordingly,

   IT IS HEREBY ORDERED THAT the CMC shall be CONTINUED from November 12, 2009 to **January 14, 2010 at 3:00 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint, updated CMC Statement which shall be filed no later than ten (10) days prior to the CMC that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

   IT IS SO ORDERED.

Dated: November 9, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge