1    LINDA WENDELL HSU   (SBN 162971)
     BENJAMIN R. LARSON  (SBN 235325)
2    SELMAN BREITMAN LLP
     33 New Montgomery, Sixth Floor
3    San Francisco, CA  94105
     Telephone: (415) 979-0400
4    Facsimile: (415) 979-2099

5    Attorney for Defendant and Third-Party
     Plaintiff
6    National Casualty Company

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
     DISCOVER PROPERTY & CASUALTY          CASE NO. CV 09-03512 SBA
11   INSURANCE COMPANY,
                                           **STIPULATION AND ORDER OF**
12          Plaintiff,                     **DISMISSAL**

13       v.

14   NATIONAL CASUALTY COMPANY and
     DOES 1 to 25, inclusive,,
15
            Defendant.
16

17   NATIONAL CASUALTY COMPANY,

18          Third-Party Plaintiff,

19       v.

20   PENN-STAR INSURANCE COMPANY and
     UNITED FINANCIAL CASUALTY
21   COMPANY,

22       Third-Party Defendants.

23

24       IT IS HEREBY STIPULATED by and between the parties to this

25   action, through their respective attorneys of record, that the

26   parties have settled all claims in this case and that Discover

27   Property & Casualty Insurance Company's Complaint and National

28   Casualty Company's Third-Party Complaint be dismissed, with

                                    1

Selman Breitman
man Breitman LLP

ATTO
RNEY
S AT
LAW

197574.1 380.27502

1    prejudice, pursuant to Federal Rule of Civil Procedure

2    41(a)(1)(A)(ii).

3         Each party is to bear its own fees and costs.

4    DATED: June 25, 2010      SELMAN BREITMAN LLP

5
                                By:      /s/ BENJAMIN R. LARSON
6                                     LINDA WENDELL HSU
                                      BENJAMIN R. LARSON
7                                     Attorneys for Defendant and
                                      Third-Party Plaintiff
8                                     NATIONAL CASUALTY COMPANY

9    DATED: June    , 2010      CHOLAKIAN & ASSOCIATES

10
                                By:   /S/ KEVIN CHOLAKIAN
11                                    KEVIN CHOLAKIAN
                                      DAVID TATE
12                                    Attorneys for Plaintiff
                                      DISCOVER PROPERTY & CASUALTY
13                                    INSURANCE COMPANY

14   DATED: June    , 2010      PHILLIPS, SPALLAS & ANGSTADT, LLP

15
                                By:   /S/ CARON STAPLETON
16                                    CARON STAPLETON
                                      Attorney for Third-Party
17                                    Defendant Penn-Star Insurance
                                      Company

18

19   DATED: June    , 2010      CODDINGTON, HICKS & DANFORTH

20
                                By:   _/S/ RANDOLPH S. HICKS
21                                    RANDOLPH S. HICKS
                                      Attorney for Third-Party
22                                    Defendant
                                      UNITED FINANCIAL CASUALTY COMPANY

23

24

25

26

27

28

                                      2

1

## ORDER

2     **IT IS HEREBY ORDERED** that Discover Property & Casualty

3    Insurance Company's Complaint and National Casualty Company's

4    Third-Party Complaint be, and hereby are, dismissed, with

5    prejudice, pursuant to Federal Rule of Civil Procedure

6    41(a)(1)(A)(ii).  Each party to bear its own fees and costs.

7

8    DATED:                   By:
     7/12/10_____

9    _____
     THE HONORABLE SAUNDRA BROWN ARMSTRONG

10   UNITED STATES DISTRICT JUDGE
     NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Selman Breitman LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
man Breitman LLP

ATTORNEYS AT LAW

## **<u>PROOF OF SERVICE</u>**

Discover Property & Casualty Insurance Company v. National
Casualty Company

U.S. District Court, Northern District, Case No. CV09 3512 SBA

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of
California.  I am over the age of 18 years and am not a party to
the within action; my business address is 33 New Montgomery,
Sixth Floor, San Francisco, CA 94105. On July 9, 2010, I served
the following document(s) described as

### **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Kevin K. Cholakian, Esq. | Attorneys For Plaintiff |
| Curtis Richard Ogilvie | Discover Property and |
| Cholakian and Associates | Casualty Company |
| 400 Oyster Point Blvd, | |
| Suite 415 | |
| South San Francisco, CA | |
| 94080 | |
| Tel.: 650.871.9544 | |
| Fax:  650.871.9552 | **VIA U.S. MAIL** |

| | |
|---|---|
| Caron L. Stapleton | Attorneys for Third-Party |
| Jessica Stuart Pliner | Defendant Penn-Starr |
| Phillips, Spallas & | Insurance Company |
| Angstadt LLP | |
| Three Embarcadero Center, | |
| Suite 550 | |
| San Francisco, CA 94111 | |
| Tel.: 415.278.9400 | |
| Fax:  415.278.9411 | **VIA U.S. MAIL** |

| | |
|---|---|
| Randolph Hicks | Attorneys for Third-Party |
| Coddington Hicks & | United Financial Casualty |
| Danforth APC | Company |
| 555 Twin Dolphin Dr #300 | |
| Redwood City,CA 94065-2133 | |
| Tel.: 650.592.5400 | |
| Fax:  650.592.5027 | **VIA U.S. MAIL** |

☒   **BY MAIL:** By placing a true copy thereof in a sealed envelope
addressed as above, and placing it for collection and
mailing following ordinary business practices. I am readily

4

1    familiar with the firm's practice of collection and
     processing correspondence, pleadings, and other matters for
2    mailing with the United States Postal service on that same
     day with postage thereon fully prepaid at San Francisco,
3    California in the ordinary course of business. I am aware
     that on motion of the party served, service is presumed
4    invalid if the postal cancellation date or postage meter
     date is more than one day after date of deposit for mailing
5    in affidavit.

6  ☐  **BY OVERNIGHT COURIER:** I caused the above-referenced
      document(s) to be delivered to   for delivery to the
7     addressee(s).

8  ☒  **BY E-MAIL**: I transmitted a copy of the foregoing
      documents(s) via the California Northern District Court
9     website to the addressee(s).

10 ☐  **BY FAX**: I transmitted a copy of the foregoing documents(s)
      via telecopier to the facsimile numbers of the addressee(s),
11    and the transmission was reported as complete and without
      error.

12 ☐  **BY PERSONAL SERVICE:** I personally delivered such envelope by
13    hand to the offices of the addressee(s).

14 I declare that I am employed in the office of a member of the bar
   of this court at whose direction the service was made.

15 Executed on July 9, 2010, at San Francisco, California.

16

17

18                              /s/ LIZA H. CACHERO_
                                   LIZA H. CACHERO

19

20

21

22

23

24

25

26

27

28

_/s/ LIZA H. CACHERO_

**Selman Breitman LLP**

ATTORNEYS AT LAW

197574.1  380.27502

**STIPULATION AND ORDER OF DISMISSAL – CASE NO. CV09 3512 SBA**